UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-10239-RGK-JEM | Date | October 21, 2021 |
|---|---|---|---|
| Title | Dwain Lammey v. Young S. Bae et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 9, 2021, plaintiff was ordered to file a motion for default judgment on or before August 9, 2021. As of this date, the order has not been complied with. Plaintiff shall show cause, in writing, not later than October 25, 2021 why the matter should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

: 

Initials of Preparer    slw