JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAIN LAMMEY, | ) | Case No. 2:20-cv-10239-RGK-JEM |
|       Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| YOUNG S. BAE, et al, | ) | |
|       Defendant(s). | ) | |

On July 9, 2021, the Court ordered Plaintiff to file a motion for default judgment on or before August 9, 2021 [42]. On October 21, 2021 the Court issued an order to show cause in writing on or before October 25, 2021 why the matter should not be dismissed for lack of prosecution [44]. Plaintiff has not adequately responded to the Order to Show Cause, and therefore, the matter is dismissed for lack of prosecution and failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: October 26, 2021

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE